**FILED**
**United States Court of Appeals**
**Tenth Circuit**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

**April 11, 2016**

_____

**Elisabeth A. Shumaker**
**Clerk of Court**

| | |
|---|---|
| ELIZABETH BRENNER, as Trustee for the heirs and next-of-kin of Thomas Levi Plotkin, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> NATIONAL OUTDOOR LEADERSHIP SCHOOL, <br><br> Defendant - Appellee. | No. 15-8119 <br> (D.C. No. 1:14-CV-00130-ABJ) |

_____

**ORDER**

_____

In accordance with 10th Cir. R. 33.1 and upon consideration of the stipulation of the parties to voluntarily dismiss the captioned appeal, this appeal is dismissed. *See* Fed. R. App. P. 42(b).

Each party will bear their own costs on appeal. A copy of this order will stand as the mandate of the court.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk