# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker      April 11, 2016     Chris Wolpert
Clerk of Court                                            Chief Deputy Clerk

Stephan Harris
United States District Court for the District of Wyoming
Office of the Clerk
111 South Wolcott
Casper, WY 82602-0000

**RE:**     **15-8119, Brenner v. National Outdoor Leadership**
            Dist/Ag docket: 1:14-CV-00130-ABJ

Dear Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, please be advised that the mandate for this case has issued today. The clerk of the originating court or agency shall file accordingly.

Please contact this office if you have questions.

                                                          Sincerely,

                                                          Elisabeth A. Shumaker
                                                          Clerk of the Court

cc:     Daniel J. Connolly
        Patrick J. DiBenedetto
        Bruce Gregory Jones
        Tyrone J. Maho
        Paul D. Peterson
        Russell Orson Stewart

EAS/jm